**DICKINSON WRIGHT PLLC**
H. JONATHAN REDWAY
NICOLE M. MEYER
JENNY SLOCUM
*Admitted Pro Hac Vice*
1875 Eye St., N.W., Suite 1200
Washington, D.C. 20006
Tel: (202) 659-6946
Fax: (202) 659-1559
jredway@dickinsonwright.com
nmeyer@dickinsonwright.com
jslocum@dickinsonwright.com

JOANNA M. MYERS
California State Bar No. 289485
8363 West Sunset Road, Suite 200
Las Vegas, Nevada  89113
Tel: (702) 550-4437
Fax: (702) 382-1661
jmyers@dickinsonwright.com

*Attorneys for Plaintiff*
*ADVANCED DIGITAL BROADCAST SA*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADVANCED DIGITAL BROADCAST SA, | Case No.:  5:15-cv-03033-NC |
| Plaintiff/Counterclaim Defendant, | **STIPULATED ORDER ENLARGING TIME TO SUBMIT UPDATED JOINT CASE MANAGEMENT STATEMENT AND ALL SUBSEQUENT DEADLINES BY 30 DAYS** |
| v. | |
| HDMI LICENSING, LLC, | |
| Defendant/Counterclaim Plaintiff. | Judge: Hon. Nathanael Cousins |

**STIPULATED REQUEST FOR ORDER ENLARGING TIME TO SUBMIT UPDATED JOINT CASE MANAGEMENT STATEMENT AND ALL SUBSEQUENT DEADLINES BY 30 DAYS**

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Advanced Digital Broadcast S.A., and Defendant HDMI Licensing LLC (collectively the "Parties") hereby jointly request that the December 2, 2015 deadline for filing an Updated Joint Case Management Statement be extended by 30 days, until January 1, 2016 (or the next day that is not a weekend or legal holiday, pursuant to Fed.R.Civ.P. Rule 6). This deadline is closely tied to subsequent deadlines set forth in the Court's Scheduling Order dated September 26, 2015, therefore, the Parties further request that all subsequent deadlines identified in that Order including, but not limited to, the Case Management Conference scheduled for December 9, 2015, also be extended by 30 days. The only previous time modifications filed with the Court were two stipulated extensions of time for HDMI Licensing, LLC to respond to Plaintiff's Complaint, which resulted in a total extension of 38 days.

The Parties seek this extension of time because they recently have made significant progress towards settlement of this case and continue to engage in settlement discussions. At this time, the Parties believe that the time and resources of the Parties and the Court are better utilized by allowing settlement discussions to continue, rather than preparing a joint case management statement, preparing for and attending a case management conference or continuing discovery efforts. The Parties apologize for not contacting the Court at least 14 days prior to the scheduled conference, but counsel for the Parties have only just been notified that the Parties, speaking directly to each other, have recently made significant movement towards settlement.

**STIPULATED TO:**

**DICKINSON WRIGHT PLLC**

___s/ Nicole M. Meyer_____
H. JONATHAN REDWAY
NICOLE M. MEYER
JENNY SLOCUM
Admitted *Pro Hac Vice*
1875 Eye St., N.W., Suite 1200
Washington, DC 20006
Tel:  (202) 659-6946
*Attorneys for Plaintiff*

**MORRISON & FOERSTER**

/s/  Derek F. Foran_____
DEREK F. FORAN
MOLLY A. SMOLEN
425 Market Street
San Francisco, CA  94105-2482
Tel: (415) 268-6323
*Attorneys for Defendant*

### ATTESTATION OF E-FILED SIGNATURE

I, Nicole M. Meyer, am the ECF User whose ID and Password are being used to file this Stipulated Request for Order Enlarging Time to Submit Updated Joint Case Management Statement and All Subsequent Deadlines by 30 Days.  In compliance with L.R.5-1(i)(3)., I hereby attest that Derek F. Foran has concurred in this filing.

Dated:  December 1, 2015                            ____/s/ *Nicole M. Meyer*____

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

**Date: December 1, 2015**                          _____
                                                    **JUDGE NATHA**[...]
                                                    **UNITED STATE**[...]

*GRANTED*
*Judge Nathanael M. Cousins*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Civil Action No. 15-CV-03033-NC    Stipulated Request to Enlarge Time

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of December 2015, she caused a copy of the foregoing **Stipulated Request for Order Enlarging Time to Submit Updated Joint Case Management Statement and All Subsequent Deadlines by 30 Days**, to be served electronically on all parties of interest through the Court's CM/ECF system as follows:

Derek F. Foran
Molly A. Smolen
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
Email:  DForan@mofo.com
Email:  MSmolen@mofo.com
*Attorneys for HDMI Licensing, LLC*

_____*/s/ Nicole M. Meyer*_____
Dickinson Wright PLLC